JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      - v -                    :       NOTICE OF INTENT TO
                                        FILE AN INFORMATION
JOSE EUGENE LOPEZ,              :

           Defendant.       :       Griesa, J.

- - - - - - - - - - - - - - - x

**08 CRIM 160**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         February 21, 2008

                      LEV L. DASSIN
                      Acting United States Attorney


By: _____
    Diane Gujarati/David Siegal
    Assistant United States Attorneys


AGREED AND CONSENTED TO:


By: _____
    Steve Zissou, Esq.
    Attorney for Jose Eugene Lopez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08