UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

   -v.-          :

JOSE EUGENE LOPEZ,          :

          Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**08 CRIM 160**

<u>INFORMATION</u>

08 Cr.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2008

<u>COUNT ONE</u>

     The United States Attorney charges:

     1.     On or about September 14, 2005, in the Southern District of New York,

JOSE EUGENE LOPEZ, the defendant, in a matter within the jurisdiction of the Federal Bureau

of Investigation, a department and agency of the executive branch of the Government of the

United States, unlawfully, willfully, and knowingly falsified, concealed, and covered up by trick,

scheme, and device material facts, and made materially false, fictitious, and fraudulent statements

and representations, to wit, LOPEZ falsely represented to an agent of the Federal Bureau of

Investigation that LOPEZ had performed actual independent valuation work from in or about

2001 through in or about 2005 in connection with the "interest only strips" of Doral Financial

Corporation ("Doral"), when in fact LOPEZ did no such work and had merely hand copied and

signed his name to valuation figures provided to him by an executive of Doral.

     (Title 18, United States Code, Section 1001(a)(1) and (2).)

<u>COUNT TWO</u>

The United States Attorney further charges:

2.       On or about November 9, 2005, in the District of Puerto Rico, JOSE

EUGENE LOPEZ, the defendant, in a matter within the jurisdiction of the Federal Bureau of

Investigation, a department and agency of the executive branch of the Government of the United

States, unlawfully, willfully, and knowingly falsified, concealed, and covered up by trick,

scheme, and device material facts, and made materially false, fictitious, and fraudulent statements

and representations, to wit, LOPEZ falsely represented to an agent of the Federal Bureau of

Investigation that LOPEZ had performed actual independent valuation work from in or about

2001 through in or about 2005 in connection with the "interest only strips" of Doral Financial

Corporation ("Doral"), when in fact LOPEZ did no such work and had merely hand copied and

signed his name to valuation figures provided to him by an executive of Doral.

(Title 18, United States Code, Section 1001(a)(1) and (2).)

LEV L. DASSIN
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v -

### JOSE EUGENE LOPEZ,

**Defendant.**

### INFORMATION

08 Cr.

Title 18, United States Code,
Section 1001(a)(1) and (2)

LEV L. DASSIN
Acting United States Attorney.

2/27/08 filed Information & Waiver of Indictment.
Deft. Pres. Watty Steve Zisson, AUSA Diane Gujarate
& David Siegal a Courtreporter pres. deft filed Consent
to Proceed before Mag. Judge. Deft. Pleads Guilty.
Deft released on bail set at 50,000. OV PRB Travel
restricted to U.S. including Puerto Rico.

s/ Mag. Judge Katz