JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA        :

      v.                        :

JOSE EUGENE LOPEZ,              :

          Defendant.                **08 CRIM 160**

------------------------------X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 1001(a)(1) and (2), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       February 27, 2008

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 27 2008