**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
            against
    JOSE LOPEZ
(Alias) _____

Please PRINT Clearly
```

**08 CRIM 160**
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:     **CLERK OF COURT S.D.N.Y.**

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

        1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF
                                ADMISSION. MO. __2__ YR. __1990__

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING
FROM THE __NY__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

[USDC SDNY FILED 2/27/08 stamp]

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
STEVE ZISSOU
Attorney for Defendant

Firm name if any
42-40 Bell Blvd
Street address
Bayside, NY 11361
City            State       Zip
718 279-4500
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186