```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :

          - v. -                    :    ORDER

JOSE EUGENE LOPEZ,                  :    08 Cr. 160 (TPG)

               Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 27, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
          ~~April __, 2008~~
          May 5, 2008

                                    _____
                                    THOMAS P. GRIESA
                                    UNITED STATES DISTRICT JUDGE