UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

JOSE EUGENE LOPEZ,

Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

08 Cr. 160 (TPG)

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case, and to add him as the Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by: /s/ Christopher L. Garcia
Christopher L. Garcia
Assistant United States Attorney
(212) 637-1022 (tel)
(212) 637-2452 (fax)
christopher.garcia@usdoj.gov